**Order entered February 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00086-CR
No. 05-14-00087-CR

**JOSEPH JULIAN GUERRA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-82353-2012, 219-81886-2013**

## ORDER

The Court **GRANTS** appellant's February 7, 2014 motion to substitute counsel. Christian T. Souza is substituted for Hunter A. Biederman as appellant's counsel of record.

We **DIRECT** the Clerk to send all correspondence to Christian T. Souza, 4303 N. Central Expressway, Dallas, Texas 75205; telephone: (214) 862-7462; facsimile: (214) 696-0867.

/s/    DAVID EVANS
        JUSTICE